UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2008 MAR 27 A 11: 13

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:02CR95 (AHN) |
| v. | : | MARCH 26, 2008 |
| TRAVIS STEVENS | : | |

### DEFENDANT TRAVIS STEVENS' MOTION FOR APPOINTMENT OF COUNSEL UNDER THE CRIMINAL JUSTICE ACT

Defendant Travis Stevens, by his previously appointed attorney, Frank J. Riccio, Esq., hereby respectfully requests that this Court re-appoint his counsel under the Criminal Justice Act to assist him in preparing and filing a motion for reduction of sentence pursuant to 18 U.S.C.§ 3582(c).

This application is made pursuant to 18 U.S.C. § 3006A, and is based on the attached memorandum of points and authorities, declaration of counsel, and exhibits; the files and records of this case; and any such further information as shall be made available to the Court.

### MEMORANDUM OF POINTS AND AUTHORITIES

Undersigned counsel respectfully applies to this Court to appoint counsel for his proceeding under 18 U.S.C. § 3582(c). Undersigned counsel was appointed to represent Travis Stevens in his criminal proceedings in 3:02CR95 (AHN). Mr. Stevens entered a plea of guilty on November 4, 2002 to a substitute information in which he was charged with Conspiracy To Distribute 50 Grams Or More Of Crack Cocaine.

On May 22, 2003, Mr. Stevens was sentenced to a term of 120 months' imprisonment. His Guidelines range was calculated at 235-293 months, however the Court sentenced Mr. Stevens after granting a downward departure from his Guidelines range.

1

His case involved cocaine base. Based on a review of records and files in this case, as well as the law, counsel believes that Mr. Stevens is likely eligible to file a motion for reduction of sentence, pursuant to 18 U.S.C. § 3582(c).

It is requested that this Court should appoint counsel. The amendments to USSG § 1B1.10, effective March 3, 2008, now invite the presentation of new facts and arguments in the context of § 3582(c) proceedings. See Amendment 712 to Guidelines. Moreover, in United States v. Hicks, 472 F.3d 1167 (9th Cir. 2007), the Ninth Circuit held that, when resentencing defendants pursuant to § 3582(c)(2), district courts must treat the Guidelines as advisory, as required by United States v. Booker, 543 U.S. 220 (2005).

In view of these changes to § 3582(c) proceedings, Mr. Stevens will be greatly assisted by the appointment of counsel. In addition, appointment of counsel will allow for efficient communication to the Government and to the Court.

Mr. Stevens is still indigent, as he has remained continuously incarcerated since his arrest on August 23, 2002. Undersigned counsel continues to be a member of the Criminal Justice Act panel and is available to accept this reappointment.

As the Court is aware, the Administrative Office of the United States Courts has established a new representation type for appointment of counsel in these cases.

For the foregoing reasons, undersigned counsel respectfully submits that appointment of counsel is appropriate.

RESPECTFULLY SUBMITTED,
TRAVIS STEVENS

By *Frank J. Riccio*
FRANK J. RICCIO
LAW OFFICES FRANK J. RICCIO LLC
923 EAST MAIN STREET
P.O. BOX 491
BRIDGEPORT CT 06601-0491
Fed Bar #CT 00148
(203) 333-6135 (phone)
(203) 333-6190 (fax)
fricciojd@aol.com (email)
www.ricciolaw.com (site)

## CERTIFICATION

I hereby certify that on March 26, 2008, a copy of foregoing was provided to the following counsel and interested parties of record:

H. Gordon Hall, Esq.
Assistant United States Attorney
Office of the United States Attorney
157 Church Street
New Haven, CT 06510

Sarah Merriam, Esq.
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510

Warren Maxwell
Deputy Chief United States Probation Officer
United States Probation Office
157 Church Street
22nd Floor
New Haven, CT 06510

Travis Stevens
Inmate # 22092-056
FCI Allenwood Low
PO Box 1000
White Deer, PA 17887-1000

By *Frank J. Riccio*
FRANK J. RICCIO
LAW OFFICES FRANK J. RICCIO LLC