# UNITED STATES DISTRICT COURT
for the

_____ District of Connecticut

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 3:02cr95 (AHN) |
| TRAVIS STEVENS ) | USM No: 22092-056 |
| ) | Frank J. Riccio, Sr. |
| Date of Previous Judgment: May 21, 2003 ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❏ DENIED.    ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __120__ months **is reduced to** __96 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 33 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 235 to 293 months | Amended Guideline Range: | 188 to 235 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

■ The reduced sentence is within the amended guideline range.
❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❏ Other (explain):




**III. ADDITIONAL COMMENTS**




Except as provided above, all provisions of the judgment dated __5/21/2003__ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: __April 1, 2008__                                                    __/s/__
                                                                                              Judge's signature

Effective Date: _____                    Alan H. Nevas, United States District Judge
           (if different from order date)                                            Printed name and title